UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Joe Hand Promotions, Inc. | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Case No. 4:13-cv-02404 CAS |
| vs. | ) | |
| | ) | |
| Lana Stephens, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The above styled and numbered case was filed on November 26, 2013 and randomly assigned to the Honorable Charles A. Shaw , United States District Judge.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly.  The case should have been assigned to the Southeastern Division. Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Southeastern Division and randomly assigned to the Honorable Stephen N. Limbaugh, Jr.,  United States District Judge, under cause number 1:13-cv-00174.  **IT IS FURTHER ORDERED** that cause number 4:13-cv-02404 CAS be administratively closed.

Dated this 27th day of November, 2013.        JAMES G. WOODWARD
                                                                             Clerk of Court

                                                                             By:/s/ Michele Crayton
                                                                                  Deputy In Charge

**Please note the new case number: 1:13-cv-00174 SNLJ.**