UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> LANA STEPHENS and BRIAN ) <br> STEPHENS, d/b/a HALF TIME ) <br> SPORTS GRILL, ) <br> ) <br> Defendants. ) | Case No. 1:13cv174 SNLJ |

## MEMORANDUM and ORDER

This matter was set for trial on October 19, 2015. On October 15, 2015, plaintiff advised the Court that the matter had been settled. Plaintiff advises that it accepted the defendants' offer to settle this matter for $7,000, which would be satisfied by receipt of $3,000 paid at the rate of $125 per month. Plaintiff e-mailed settlement documentation, including a consent judgment, to defendant Lana Stephens. Plaintiff's counsel advises that he has left numerous telephone messages and sent e-mails to defendant Lana Stephens, but that she has not responded.

Plaintiff thus filed a motion to enforce settlement on November 4, 2015 (#26). Defendants have not responded to the motion in any way, and the time for doing so has

passed. Defendant asks the Court to enter the judgment agreed to by the parties and award plaintiff an additional $1,000 for attorneys' fees for the costs of filing the motion.

Defendant shall be ordered to show cause why this Court should not enter the agreed-upon judgment with the addition of the $1,000 in attorneys' fees. Failure to respond shall result in entry of judgment plus attorneys' fees requested by plaintiff.

Accordingly,

**IT IS HEREBY ORDERED** that defendants shall show cause why this Court should not enter the judgment against defendants as set forth in plaintiff's motion to enforce settlement, along with an award of $1,000 in attorneys' fees, **no later than December 22, 2015**.

**FAILURE TO COMPLY WITH THIS COURT'S ORDER WILL RESULT IN IMMEDIATE ENTRY OF JUDGMENT AGAINST DEFENDANTS AS SET FORTH IN PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT.**

Dated this   1st   day of December, 2015.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE